AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT

FOR CALENDAR YEAR 2011

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GREGG, JAMES D. | United States Bankruptcy Court Western District of Michigan | May 1, 2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☒ Annual    ☐ Final<br>5b. ☐ Amended Report | 1-1-2011 to<br>12-31-2011 |

**7. Chambers or Office Address**

One Division North, Room 310
Grand Rapids, MI 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2012 MAY 1 A 10:01 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 1996 | I am a co-author of "Michigan Practice Guide: |
| 2. | Enforcing Judgments and Debts" - WestServices/Thomson-Reuters |
| 3. | I was informed book is not out of print, royalties received during 2011 were minimal, there is a possibility I may author a replacement book, but this is presently uncertain |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 1, 2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | West Services book royalties | 169 |
| 2. | | (See II "Agreements" above.) | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.* ✗
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankr. | 3-18/20-2011 | Washington DC | Seminar Expense | Ex transportation, food |
| 2. | Nat'l Assn Bankr. Trustees | 3-24/27-2011 | Santa Monica CA | Seminar-Reimbursement | and lodging ✗ |
| 3. | American Bankr. Inst. | 6-9/12-2011 | Acme, MI | Seminar Reimbursement | ✗ |
| 4. | Nat'l Assn. Bankr. Trustees | 9-21/25-2011 | Amelia Island FL | Seminar Reimbursement | ✗ |
| 5. | Nat'l Conf. Bankr. Judges | 10-11/14-2011 | Tampa FL | Partial Seminar-Reimbursement | ✦ |
| 6. | Amer. Bankr. Inst. | 11-10/11-2011 | Detroit, MI | Seminar-Reimbursement | ✗ |
| 7. | Mid-South Comm'l Law Inst. | 11-30/12-2-2011 | Nashville TN | Seminar-Reimbursement | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 1, 2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 1, 2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fifth Third Bank (no stock) Grand Rapids MI (IRA) | A | Int. | J | T | Partial w/thdrawal | 2-23-11 | J | A | N/A |
| 2. Independent Bank Rockford MI (checking, savings) | A | Int | | T | | | | | |
| 3. Lake Michigan Cred Un. Grand Rapids MI (Savings, CDs) | A | Int. | K | T | | | | | |
| 4. Macatawa Bank Holland MI (CD) | A | Int | J | T | | | | | |
| 5. United Bank Grand Rapids MI (CD) | A | Int | K | T | | | | | |
| 6. Income Fund Amer (American Fund) Indianapolis IN (mutual fund) | A | Int. | K | T | | | | | |
| 7. Columbia Seligman (Communications) (Mutual Fund) | A | Int | J | T | | | | | |
| 8. Wells Fargo Advisors (Acct) | A | Int. | J | T | | | | | |
| 9. Coca Cola stock | A | Div. | J | T | | | | | |
| 10. Nortel Networks stock | A | Div | J | T | | | | | |
| 11. Sysco Corp stock | A | Div | J | T | | | | | |
| 12. General Electric Stock | A | Div | K | T | | | | | |
| 13. Morgan Stanley Stock | A | Div | J | T | | | | | |
| 14. Valero Energy Stock | A | Div | J | T | sold | 2-23-2011 | J | A | N/A |
| 15. Chicago Bridge & Iron Stock | A | Div | J | T | sold | 2-23-2011 | J | A | N/A |
| 16. Conoco Phillips Stock | A | Div | J | T | sold | 2-23-2011 | J | A | N/A |
| 17. Marathon Oil Stock | A | Div | J | T | sold | 2-23-2011 | J | A | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 1, 2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

(Continued)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from price disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schlumberger Ltd. stock | A | Div | J | T | sold | 2-23-2011 | J | A | N/A |
| 19. Southern Copper stock | A | Div. | K | T | sold | 9-26-2011 | K | A | N/A |
| 20. Schwab Bank (checking) | A | Int | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D | May 1, 2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NONE

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 1, 2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

JAMES D. GREGG

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES    FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544